# EXHIBIT C

Angelo J. Genova

**From:** Fitzgerald, Michael <Michael.Fitzgerald@co.monmouth.nj.us>
**Sent:** Thursday, November 30, 2017 12:17 PM
**To:** Angelo J. Genova
**Subject:** Resolutions for Public Meeting

Angelo,

In keeping with our past practice the following was just sent to the Freeholders via e mail. I would respectfully request that you share the content with Freeholder Curley.

Freeholders,

Please be advised that there will be two resolutions considered during the public portion of the meeting on Monday. The Resolutions to be considered are:

1. A resolution to update, expand, and reinforce the Monmouth County policy on "Prohibiting Workplace Discrimination and Harassment"; and,

2. A resolution of censure of County Freeholder John P Curley by the Board of Chosen Freeholders of the County of Monmouth, State of New Jersey.

The Clerk of the Board will handle sending out the notice for publication before 1 P.M.

Michael D. Fitzgerald, Esq.
Monmouth County Counsel

Hall of Records, Room 236
One East Main Street
Freehold, NJ 07728
Phone: 732-683-8640
Fax: 732-431-0437
Email: Michael.Fitzgerald@co.monmouth.nj.us

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other then the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.