# EXHIBIT D

**From:** Fitzgerald, Michael [mailto:Michael.Fitzgerald@co.monmouth.nj.us]
**Sent:** Thursday, November 30, 2017 11:23 AM
**To:** Angelo J. Genova <AGenova@genovaburns.com>
**Subject:** Freeholder Curley

Angelo,

I see that Freeholder Curley is parked at the Hall of Records. Can you please share the Freeholder business being attended to by the Freeholder?

Michael D. Fitzgerald, Esq.
Monmouth County Counsel

Hall of Records, Room 236
One East Main Street
Freehold, NJ 07728
Phone: 732-683-8640
Fax: 732-431-0437
Email: Michael.Fitzgerald@co.monmouth.nj.us

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.