# Affidavit of Process Server

## United States District Court   District of New Jersey

(NAME OF COURT)

| John Curley | VS | Monmouth County Board of Chosen Free*holders, et Al.* | 3:17-cv-12300-BRM |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Mayra Valentin _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Freeholder Serena DiMaso _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits _____

by leaving with Marion Masnick          clerk                              At

NAME                          RELATIONSHIP

☐ Residence _____

ADDRESS                                    CITY / STATE

☑ Business 1 East Main Street, Hall of Records          Freehold, NJ 07728

ADDRESS                                    CITY / STATE

On 12/28/17 _____ AT 3:18pm _____

DATE                                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

DATE

from _____

CITY          STATE          ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address          ☐ Moved, Left no Forwarding          ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____

DATE          TIME                    DATE          TIME

(3) _____ (4) _____ (5) _____

DATE          TIME          DATE          TIME          DATE          TIME

**Description:.** Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard ____ Glasses ____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December, 20 17, by Mayra Valentin
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

THERESA A. FARBANIEC
NOTARY PUBLIC OF NEW JERSEY
I.D. No: 2328937
My Commission Expires May 11, 2020



FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

## United States District Court   District of New Jersey

(NAME OF COURT)

John Curley                                vs                Monmouth County Board of Chosen Freeholders et Al.   3:17-cv-12300-BRM

PLAINTIFF/PETITIONER                            DEFENDANT/RESPONDENT                                    CASE NUMBER

I Mayra Valentin _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Michael Fitzgerald, County Counsel

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits

by leaving with Marion Masnick                          clerk                                              At

NAME                              RELATIONSHIP

☐ Residence_____

ADDRESS                                          CITY / STATE

☑ Business 1 East Main Street, Hall of Records          Freehold, NJ 07728

ADDRESS                                          CITY / STATE

On 12/28/17 _____ AT 3:18pm _____

DATE                                          TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY                    STATE                    ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

DATE          TIME                    DATE          TIME

(3)_____ (4)_____ (5)_____

DATE          TIME                    DATE          TIME                    DATE          TIME

**Description:.** Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard_____ Glasses_____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December , 20 17 , by Mayra Valentin
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

**THERESA A. FARBANIEC**
NOTARY PUBLIC OF NEW JERSEY
I.D. No: 2328937
My Commission Expires May 11, 2020

NOTARY PUBLIC for the state of_____

NAPPS

FORM 2            NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

United States District Court   District of New Jersey

_Anders, et al._

John Curley _____ VS __ Monmouth County Board of Chosen Freeholders ___ 3:17-cv-12300-BRM

PLAINTIFF/PETITIONER _____ DEFENDANT/RESPONDENT _____ CASE NUMBER

(NAME OF COURT)

I Mayra Valentin _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Terry O'Connor, County Administrator _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits _____

by leaving with Marion Masnick _____ clerk _____ At

NAME _____ RELATIONSHIP

☐ Residence _____

ADDRESS _____ CITY / STATE

☑ Business 1 East Main Street, Hall of Records _____ Freehold, NJ 07728

ADDRESS _____ CITY / STATE

On 12/28/17 _____ AT 3:18pm

DATE _____ TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

DATE

from _____

CITY _____ STATE _____ ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____

DATE ___ TIME _____ DATE ___ TIME

(3) _____ (4) _____ (5) _____

DATE ___ TIME _____ DATE ___ TIME _____ DATE ___ TIME

**Description:.** Age 60's  Sex f  Race white  Height 5'3  Weight 120  Hair blk  Beard ____  Glasses ____

_Mayra Valentin_

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December, 2017, by _Mayra Valentin_

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Theresa A. Farbaniec_

SIGNATURE OF NOTARY    THERESA A. FARBANIEC

NOTARY PUBLIC for the state of _____   NOTARY PUBLIC OF NEW JERSEY

I.D. No. 2328937

My Commission Expires May 11, 2020

NAPPS

FORM 2      NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

## United States District Court   District of New Jersey

_(NAME OF COURT)_

| John Curley | VS | Monmouth County Board of Chosen Freeholders et al. | 3:17-cv-12300-BRM |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Mayra Valentin _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Freeholder Gary J. Rich, Sr.
_NAME OF PERSON / ENTITY BEING SERVED_

with (list documents) summons, complaint, exhibits

by leaving with Marion Masnick           clerk                     At
                NAME                              RELATIONSHIP

☐ Residence _____
            ADDRESS                           CITY / STATE

☑ Business 1 East Main Street, Hall of Records        Freehold, NJ 07728
            ADDRESS                           CITY / STATE

On 12/28/17                    AT 3:18pm
      DATE                               TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                           DATE

from _____
    CITY          STATE          ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                    DATE          TIME                    DATE          TIME

(3)_____ (4)_____ (5)_____
   DATE          TIME                    DATE          TIME                    DATE          TIME

**Description:** Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard _____ Glasses _____

_SIGNATURE OF PROCESS SERVER_

SUBSCRIBED AND SWORN to before me this 29th day of December , 2017 , by Mayra Valentin
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_SIGNATURE OF NOTARY PUBLIC_

**THERESA A. FARBANIEC**
NOTARY PUBLIC for the state of NOTARY PUBLIC OF NEW JERSEY
I.D. No: 2328937
My Commission Expires May 11, 2020



FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

## United States District Court District of New Jersey

| | | |
|---|---|---|
| | (NAME OF COURT) | ders, et Al. |
| John Curley | Monmouth County Board of Chosen Freeh | 3:17-cv-12300-BRM |
| PLAINTIFF/PETITIONER | VS  DEFENDANT/RESPONDENT | CASE NUMBER |

I Mayra Valentin _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Freeholder Thomas A. Arnone
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits

by leaving with Marion Masnick    clerk    At
NAME    RELATIONSHIP

☐ Residence_____
ADDRESS    CITY / STATE

☑ Business 1 East Main Street, Hall of Records    Freehold, NJ 07728
ADDRESS    CITY / STATE

On 12/28/17    AT 3:18pm
DATE    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY    STATE    ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE    TIME    DATE    TIME

(3)_____ (4)_____ (5)_____
DATE    TIME    DATE    TIME    DATE    TIME

**Description:** Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard____ Glasses____

_Mayra Valentin_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December, 20 17, by Mayra Valentin
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Theresa A. Farbaniec_
SIGNATURE OF NOTARY PUBLIC

**THERESA A. FARBANIEC**
NOTARY PUBLIC for the state **NOTARY PUBLIC OF NEW JERSEY**
I.D. No: 2328937
My Commission Expires May 11, 2020

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

### United States District Court   District of New Jersey

| John Curley | | Monmouth County Board of Chosen Freeholders, et al. | 3:17-cv-12300-BRM |
|---|---|---|---|
| PLAINTIFF/PETITIONER | VS | DEFENDANT/RESPONDENT | CASE NUMBER |

I Mayra Valentin , being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Board of Freeholders c/o Marion Masnick Clerk of the Board of chosen Freeholders

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits

by leaving with  Marion Masnick                           clerk                                                  At

                    NAME                                    RELATIONSHIP

☐ Residence_____

                    ADDRESS                                CITY / STATE

☑ Business  1 East Main Street, Hall of Records          Freehold, NJ 07728

                    ADDRESS                                CITY / STATE

On_____AT_____

                    DATE                                   TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

                                                                        DATE

from_____

            CITY              STATE              ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

                                              DATE        TIME              DATE        TIME

(3)_____ (4)_____ (5)_____

        DATE        TIME              DATE        TIME              DATE        TIME

**Description:**. Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard_____ Glasses_____

_Mayra Valenti_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December, 2017, by Mayra Valentin.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Theresa A. Farbaniec_
SIGNATURE OF NOTARY PUBLIC

THERESA A. FARBANIEC
NOTARY PUBLIC OF NEW JERSEY
I.D. No: 2328937
My Commission Expires May 11, 2020

NOTARY PUBLIC for the state of New Jersey

NAPPS

# Affidavit of Process Server

## United States District Court   District of New Jersey

_____
(NAME OF COURT)

| John Curley | VS | Monmouth County Board of Chosen Free... | 3:17-cv-12300-BRM |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Mayra Valentin _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Freeholder Lilian G. Burry _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, complaint, exhibits _____

by leaving with Marion Masnick        clerk _____ At
NAME                    RELATIONSHIP

☐ Residence _____
ADDRESS                         CITY / STATE

☑ Business 1 East Main Street, Hall of Records        Freehold, NJ 07728
ADDRESS                         CITY / STATE

On 12/28/17 _____ AT 3:18pm _____
DATE                                TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY        STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE        TIME                DATE        TIME

(3)_____ (4)_____ (5)_____
DATE        TIME            DATE        TIME            DATE        TIME

**Description:.** Age 60's Sex f Race white Height 5'3 Weight 120 Hair blk Beard_____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th day of December, 20 17, by Mayra Valentin.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

**THERESA A. FARBANIEC**
NOTARY PUBLIC for the state of NOTARY PUBLIC OF NEW JERSEY
I.D. No: 2328937
My Commission Expires May 11, 2020



FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS