# O'DONNELL MCCORD, P.C.
### ATTORNEYS AT LAW

1725 HIGHWAY 35, SUITE C
WALL, NEW JERSEY 07719
T: (732) 681-0048
F: (732) 681-0053

PLEASE REPLY TO WALL OFFICE

Jonathan Testa*
JTESTA@OMLAWPC.COM
Attorney Id.: 015152009
* Member NJ and NY Bars

BERGEN COUNTY OFFICE
266 HARRISTOWN ROAD
GLEN ROCK, NEW JERSEY 07452

ESSEX COUNTY OFFICE
SEVEN HUTTON AVENUE
WEST ORANGE, NEW JERSEY 07052

MORRIS COUNTY OFFICE
15 MOUNT KEMBLE AVENUE
MORRISTOWN, NEW JERSEY 07960

December 29, 2017

**VIA ECF ONLY**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

    **Re: Curley v. Monmouth County Board of Chosen Freeholders, et al., Civil Action No.: 3:17-cv-12300(BRM)(TJB)**

Dear Judge Martinotti, U.S.D.J:

    Please be advised that the undersigned represents Defendants Defendants Monmouth County Board of Chosen Freeholders; Serena DiMaso in her individual and official capacity as Monmouth County Chosen Freeholder; Thomas Arnone, in his individual and official capacity as Monmouth County Chosen Freeholder; Gary Rich, in his individual and official capacity as Monmouth County Chosen Freeholder; Lillian Bury, in her individual and official capacity as Monmouth County Chosen Freeholder; Michael Fitzgerald, Esq., in his individual and official capacity as County Counsel; and Teri O'Connor, in her individual and official capacity as County Administrator (hereinafter collectively

Hon. Brian R. Martinotti, U.S.D.J.
December 29, 2017
Page 2

referred to as "County Defendants") in the above-referenced matter.

In this regard, on December 22, 2017, Plaintiff John Curley filed a Motion to hold the above-listed County Defendants and the undersigned in Contempt (See ECF Nos. 8-9). The Motion is presently returnable before Your Honor on Tuesday, January 16, 2018.

Pursuant to L. Civ. R. 7.1(d)(5), the County Defendants and the undersigned hereby apply to the court for an automatic extension of the of the January 16th motion date, such that the return date for the motion be adjourned to **Monday, February 5, 2018**.

[GRANTED]

The originally noticed motion day has not previously been extended or adjourned; and this application is being made prior to the original deadline for the County Defendants and the undersigned to file opposition to Plaintiff's Motion pursuant to L. Civ. R. 7.1(d)(2). Should this request be granted, by operation of Local Rule 7.1(d)(5), the new deadline to file opposition papers is January 22, 2018, and the deadline to file reply papers is January 29, 2018. Although not required for this request, I have spoken to counsel for the movant and have obtained my adversary's consent to the extension.

In light of the procedural posture of this case, the filing of this letter shall not be construed as a waiver of any and all defenses, affirmative or otherwise, including but not limited the waivable defenses set forth at Fed. R. Civ. P. 12(b)(2)-(5).

Hon. Brian R. Martinotti, U.S.D.J.
December 29, 2017
Page 3

    Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned at (732)681-0048. The Court's courtesy and assistance is greatly appreciated.

                              Respectfully submitted,

                              O'DONNELL McCORD, P.C.
                              Attorneys for Defendants
                              Monmouth County Board
                              of Chosen Freeholders, et al.,

                              /s/Jonathan Testa
                              JONATHAN TESTA, ESQ.

JT:
cc:  Angelo J. Genova, Esq. (Attorney for Plaintiff John Curley)(via email and ECF)

So Ordered this 18th day of January, 2018.

[signature]