

Genova Burns LLC
30 Montgomery Street, 11th Floor, Jersey City, NJ 07302
Tel: 201.469.0100  Fax: 201.332.1303
Web: www.genovaburns.com

**Lawrence Bluestone, Esq.**
Counsel
Member: NY, NJ and PA Bar
lbluestone@genovaburns.com
Direct: (973) 535-4434

January 22, 2018

**VIA ECF**
Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re: **Curley v. Monmouth County Board of Chosen Freeholders**
**Civil Action No. 3:17-cv-12300-BRM-TJB**

Dear Judge Martinotti:

We represent Plaintiff John Curley in the above matter. We have been informed that Defendants Michael Fitzgerald and Teri O'Connor recently retained separate counsel, Bruce P. McMoran, Esq. and Michael F. O'Connor, Esq. of the law firm McMoran, O'Connor, Bramley & Burns, P.C., who will be appearing on their behalf.

As a courtesy, Mr. McMoran has requested, and we have consented, to a one-week extension of time to respond to Plaintiff's Motion for a Finding of Civil Contempt (ECF No. 8.) The motion is currently returnable on February 5, 2018. We therefore request that the Court extend the deadline for opposition papers (for all Defendants) until January 29, 2018, with Plaintiff's reply papers due on February 5, 2018.

Thank you for your time and attention to this matter.

Respectfully submitted,

GENOVA BURNS LLC

LAWRENCE BLUESTONE

LB:tc
c:  Jonathan Testa, Esq. (via ECF)
    Angelo J. Genova, Esq. (via ECF)
    Bruce P. McMoran, Esq. (via email)
    Michael F. O'Connor, Esq. (via email)

Newark, NJ • New York, NY • Camden, NJ • Tinton Falls, NJ • Philadelphia, PA • Jersey City, NJ • Washington, DC
14224524v1 (23311.001)