McMORAN, O'CONNOR BRAMLEY & BURNS, PC
Ramshorn Executive Centre
2399 Highway 34
Bldg. D Suite D-1
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Defendants,
Michael Fitzgerald and Teri O'Connor

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CURLEY,<br><br>　　　　Plaintiff,<br><br>　　　　　　vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder; THOMAS ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his individual and official capacity as Monmouth County Chosen Freeholder; LILLIAN BURY, in her individual and official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>　　　　Defendants. | Civil Action No. 3:17-12300-BRM-TJB<br><br>**Civil Action**<br><br>**SUBSTITUION OF ATTORNEY**<br><br>**Electronically Filed** |

**THE UNDERSIGNED** hereby consent to the substitution of McMoran, O'Connor & Bramley, P.C. as counsel for defendants

1

Michael Fitzgerald, Esq. and Teri O'Connor in the captioned matter.

| | |
|---|---|
| McMORAN, O'CONNOR BRAMLEY<br>& BURNS, P.C.<br>2399 Highway 34<br>Suite D-1<br>Manasquan, New Jersey 08736 | O'DONNELL McCORD, P.C.<br>1725 Highway 35, Suite C<br>Wall, New Jersey 07719 |
| _____<br>BRUCE P. McMORAN<br>Substituting Attorney | _____<br>JONATHAN TESTA, ESQ.<br>Withdrawing Attorney |
| Dated: January 22, 2018 | Dated: January 22, 2018 |

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this date I caused a true and accurate copy of the foregoing Substitution of Attorney to be electronically served on Angelo J. Genova, Esq., Lawrence Bluestone, Esq. and Allison M. Benz, Esq. of Genova Burns, LLC, 494 Broad Street, Newark, New Jersey 07102 and Jonathan Testa, Esq. of O'Donnell McCord, P.C., 15 Mt. Kemble Avenue, Morristown, New Jersey 07960.

MICHAEL F. O'CONNOR

Date: January 23, 2018