McMORAN, O'CONNOR BRAMLEY & BURNS, PC
Ramshorn Executive Centre
2399 Highway 34
Bldg. D Suite D-1
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Defendants,
Michael Fitzgerald and Teri O'Connor

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN CURLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder; THOMAS ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his individual and official capacity as Monmouth County Chosen Freeholder; LILLIAN BURY, in her individual and official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>  Defendants. | Civil Action No. 3:17-12300-BRM-TJB<br><br>**Civil Action**<br><br>**NOTICE OF APPEARANCE**<br><br>**Electronically Filed** |

To the Clerk of this Court and All Parties of Record:

1

PLEASE TAKE NOTICE that the undersigned hereby appears as lead counsel on behalf of defendants Michael Fitzgerald, Esq. and Teri O'Connor in the above captioned action. Contact information for the undersigned counsel is as follows:

>Bruce P. McMoran, Esq.
>McMORAN O'CONNOR BRAMLEY & BURNS, PC
>Ramshorn Executive Centre
>2399 Highway 34 Suite D-1
>Manasquan, New Jersey 08736
>(732) 223-7711
>bmcmoran@mcmoranlaw.com

Please enter this appearance on the Court's docket and electronically notify defendants Fitzgerald and O'Connor of all filings at the email address listed above. Defendants Fitzgerald and O'Connor request that copies of all notices, papers, motions, and any other documents filed, received or issued in this matter be sent to all attorneys of record.

>McMORAN O'CONNOR BRAMLEY & BURNS, PC
>Attorneys for defendants,
>Michael Fitzgerald, Esq. and
>Teri O'Connor
>
>By: *s/Bruce P. McMoran*
>BRUCE P. McMORAN

Dated: January 23, 2018