# McMORAN, O'CONNOR, BRAMLEY & BURNS

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

**NEW JERSEY OFFICE**

RAMSHORN EXECUTIVE CENTRE
BLDG. D, SUITE D-1
2399 HIGHWAY 34
MANASQUAN, NEW JERSEY 08736

(732) 223-7711   FAX: (732) 223-7750

REPLY TO:

NEW JERSEY OFFICE

**NEW YORK OFFICE**

10 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10020
(800) 292-6640

WEB: www.mcmoranlaw.com
BRUCE P. McMORAN
MEMBER OF NJ, NY, FL AND DC BARS

January 29, 2018

**VIA ECF**

Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

  RE:  John Curley vs. Monmouth County Board of Chosen
       Freeholders, the individual County Freeholders, and
       Michael Fitzgerald and Teri O'Connor
       **Civil Action No. 3:17cv-12300-BRM-TJB**

Dear Judge Martinotti:

We represent defendants Michael Fitzgerald, Esq. and Teri O'Connor having substituted in as counsel on January 23, 2018.

We have requested, and plaintiff's counsel, Angelo Genova, Esq., has graciously consented to, an extension of defendants Fitzgerald and O'Connor's time to answer or otherwise respond to the Amended Complaint from February 1, 2018 to February 15, 2018.

We respectfully request that the Court grant the extension of defendants Fitzgerald and O'Connor's deadline for responding to the Amended Complaint to February 15, 2018. Thank you for your attention to this matter.

Respectfully,

BRUCE P. McMORAN

So Ordered this 1st day of February, 2018.

BPM/ng
c: All Counsel of Record by ECF