

**Genova Burns LLC**
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Angelo J. Genova, Esq.**
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct: 973-535-7100

February 6, 2018

**VIA ECF**
Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  Re: **Curley v. Monmouth County Board of Chosen Freeholders**
     **Civil Action No. 3:17-cv-12300-BRM-TJB**

Dear Judge Martinotti:

  We represent Plaintiff John Curley in the above matter. Currently pending before Your Honor is Plaintiff's Motion to hold Defendants and Defendants' Counsel in Contempt and for Sanctions (ECF No. 8). The parties have now fully briefed this motion.

  We write to respectfully request that the Court hold oral argument on this motion at a date and time convenient for the Court. Given the seriousness of the issues at stake, we believe that oral argument will facilitate the Court's resolution of the motion.

  We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            **GENOVA BURNS LLC**

            *s/ Angelo J. Genova*

            ANGELO J. GENOVA

AJG
c: Counsel of Record (via ECF)

GRANTED. Oral argument to be scheduled by the Court and posted to the docket.

_____
HON. BRIAN R. MARTINOTTI
**United States District Judge**
Date: February 8, 2018