Lawrence Bluestone, Esq.
Counsel
Member: NY, NJ and PA Bar
lbluestone@genovaburns.com
Direct: (973) 535-4434

February 14, 2018

**VIA ECF**
Clerk's Office
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  Re: **Curley v. Monmouth County Board of Chosen Freeholders**
     **Civil Action No. 3:17-cv-12300-BRM-TJB**

Dear Sir or Madam:

  This firm represents Plaintiff John Curley in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff requests an automatic extension of time to respond to the Motion to Dismiss filed by Defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Thomas Arnone, Gary Rich, and Lillian Burry (ECF 26). The Motion to Dismiss is currently returnable March 5, 2018, and the current deadline for Plaintiff to respond is February 20, 2018. Please be advised that these deadlines have not been previously adjourned or extended.

  After the automatic extension, the motion will be returnable on March 19, 2018, and the deadline for Plaintiff's response will be March 5, 2018.

  Counsel for Defendants have consented to this request and this letter has been served on them via the Court's ECF system.

            Respectfully submitted,

            **GENOVA BURNS LLC**

            */s/ Lawrence Bluestone*

            LAWRENCE BLUESTONE

LB:tc
c: Counsel of Record (via ECF)