# McMORAN, O'CONNOR, BRAMLEY & BURNS
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

| NEW JERSEY OFFICE | NEW YORK OFFICE |
|---|---|
| RAMSHORN EXECUTIVE CENTRE<br>BLDG. D, SUITE D-1<br>2399 HIGHWAY 34<br>MANASQUAN, NEW JERSEY 08736<br><br>(732) 223-7711   FAX: (732) 223-7750 | 10 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10020<br>(800) 292-6640<br><br>WEB: www.mcmoranlaw.com |

REPLY TO:

NEW JERSEY OFFICE

MICHAEL F. O'CONNOR
MEMBER OF NJ AND NY BARS
moconnor@mcmoranlaw.com

February 20, 2018

**BY ECF**
Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      RE:    **Curley vs. Monmouth County Board of Chosen Freeholders et als.**
              **Return Date:  March 19, 2018**

Dear Judge Martinotti:

      We represent Defendants Michael Fitzgerald, Esq. and Teri O'Connor in the captioned matter.

      Currently pending before the Court are plaintiff's motion for contempt and defendants' two motions to dismiss. The Court has granted plaintiff's request for oral argument but no date has been set.

      Defendants have requested oral argument on their pending motions to dismiss. In the interest of economy, we respectfully request that should the Court grant our requests for oral argument, oral argument on all three motions be held on the same date. Thank you for your attention to this matter.

Respectfully,

*Michael F. O'Con*——

MICHAEL F. O'CONNOR

Hon. Brian Martinotti, U.S.D.J.
February 20, 2018
Page 2

MFO/ng
c: Angelo J. Genova, Esq. (by ECF and email)
Lawrence Bluestone, Esq. (by ECF and email)
Jonathan Testa, Esq. (by ECF and email)