

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

Angelo J. Genova, Esq.
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct:  973-535-7100

February 20, 2018

**VIA ECF**

Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

> **Re:    Curley v. Monmouth County Board of Chosen Freeholders**
> **Index No. 3:17-cv-12300-BRM-TJB**

Dear Judge Martinotti:

We represent Plaintiff John Curley in the above-captioned matter. On February 20, 2018, counsel for Defendants Michael Fitzgerald, Esq. and Teri O'Connor sent a letter (ECF No. 34) requesting that oral argument on the Defendants motions to dismiss be held at the same time as argument on Plaintiff's Motion for Contempt.

Plaintiff's Motion for Contempt (ECF No. 8) was filed on December 22, 2017, and originally returnable on January 16, 2018.  As a courtesy to counsel for Defendants Fitzgerald and O'Connor, who substituted into the case in January, we consented to an adjournment of Plaintiff's contempt motion until February 5, 2018.  Given that this issue has been pending and fully briefed for several weeks, and that the motions to dismiss are only returnable on March 19, 2018, we request that the Court conduct oral argument first on the motion for contempt to avoid further delay.

We have reached out to counsel for Defendants regarding available dates.  Plaintiff's counsel is available on March 9 and 13 and counsel for Defendants Fitzgerald and O'Connor have indicated their availability for oral argument on those dates.  Counsel for the County Defendants has not yet responded as to his availability.  We respectfully request that the Court schedule oral argument for the Motion for Contempt on March 9 or 13.

Newark, NJ   •   New York, NY   •   Camden, NJ   •   Tinton Falls, NJ   •   Philadelphia, PA   •   Jersey City, NJ   •   Washington, DC



Hon. Brian Martinotti, U.S.D.J.
February 20, 2018
Page 2


Thank you for your attention to this matter.

Respectfully submitted,

**GENOVA BURNS LLC**

*/s/ Angelo J. Genova*

ANGELO J. GENOVA

AJG:tc

cc: Jonathan Testa, Esq. (via ECF)
    Michael O'Connor (via ECF)
    John Curley (via electronic mail)