# McMORAN, O'CONNOR, BRAMLEY & BURNS

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

| NEW JERSEY OFFICE | NEW YORK OFFICE |
|---|---|
| RAMSHORN EXECUTIVE CENTRE<br>BLDG. D, SUITE D-1<br>2399 HIGHWAY 34<br>MANASQUAN, NEW JERSEY 08736<br><br>(732) 223-7711   FAX: (732) 223-7750<br><br>REPLY TO:<br><br>NEW JERSEY OFFICE | 10 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10020<br>(800) 292-6640<br><br>WEB: www.mcmoranlaw.com<br><br>MICHAEL F. O'CONNOR<br>MEMBER OF NJ AND NY BARS<br>moconnor@mcmoranlaw.com |

February 26, 2018

**BY ECF**

Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> RE: John Curley vs. Monmouth County Board of Chosen Freeholders, the individual County Freeholders, and Michael Fitzgerald and Teri O'Connor
> Civil Action No. 3:17cv-12300-BRM-TJB

Dear Judge Martinotti:

We represent Defendants Michael Fitzgerald, Esq. and Teri O'Connor in the captioned matter.

Please accept this letter as confirmation that we received the Court's notice scheduling oral argument on the pending motions to dismiss and motion to hold defendants and their counsel in contempt for April 16, 2018. We will be present and will either have our clients present or available by telephone.

Respectfully,

*/s/ Michael F. O'Connor*

MICHAEL F. O'CONNOR

Hon. Brian Martinotti, U.S.D.J.
February 26, 2018
Page 2

MFO/ng
c:    Bruce P. McMoran, Esq. (by ECF)
       Angelo J. Genova, Esq. (by ECF)
       Lawrence Bluestone, Esq. (by ECF)
       Jonathan Testa, Esq. (by ECF)

McMORAN, O'CONNOR, BRAMLEY & BURNS
A PROFESSIONAL CORPORATION