# O'DONNELL MCCORD, P.C.
ATTORNEYS AT LAW

1725 HIGHWAY 35, SUITE C
WALL, NEW JERSEY 07719
T: (732) 681-0048
F: (732) 681-0053

PLEASE REPLY TO WALL OFFICE

Jonathan Testa*
JTESTA@OMLAWPC.COM
Attorney Id.: 015152009
* Member NJ and NY Bars

BERGEN COUNTY OFFICE
266 HARRISTOWN ROAD
GLEN ROCK, NEW JERSEY 07452

ESSEX COUNTY OFFICE
SEVEN HUTTON AVENUE
WEST ORANGE, NEW JERSEY 07052

MORRIS COUNTY OFFICE
15 MOUNT KEMBLE AVENUE
MORRISTOWN, NEW JERSEY 07960

February 26, 2018

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
U. S. District Court for the District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Room 2020
Trenton, New Jersey 08608

>Re: **Curley v. Monmouth County Board of Chosen Freeholders, et al.,
>Civil Action No.: 3:17-cv-12300-BRM-TJB**

Dear Judge Martinotti:

Please be reminded that this office represents Defendants' Monmouth County Board of Chosen Freeholders, et al., (hereinafter the "Freeholder Defendants") in the above-referenced matter.

In accordance with Your Honor's request, dated February 23, 2018, the undersigned hereby confirms receipt of the Court's Notice scheduling oral argument on Plaintiff John Curley's Motion for Contempt and Sanctions (ECF No. 8), and the Defendants' Motions to Dismiss (ECF No. 26 and 32) for **Monday, April 16, 2018 at 10:30 A.M.** Additionally, the undersigned confirms availability for oral argument as scheduled by the Court; and will have representatives available with appropriate authority to resolve this matter on even date.

Should Your Honor's Chambers have any questions or concerns, please do not hesitate to contact the undersigned directly at (973)538-1230. Thank you for your consideration of same.

>Respectfully submitted,
>
>**O'DONNELL McCORD, P.C.**
>/s/ Jonathan Testa, Esq.
>JONATHAN TESTA

JT:rt
cc: Angelo Genova, Esq. (Attorney for Plaintiff)
Bruce P. McMoran, Esq. (Attorney for Co-Defendants Fitzgerald & O'Connor)
Matthew J. O'Donnell, Esq.