

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Angelo J. Genova, Esq.**
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct: 973-535-7100

February 26, 2018

**VIA ECF**

Hon. Brian Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:    **Curley v. Monmouth County Board of Chosen Freeholders**
            **Index No. 3:17-cv-12300-BRM-TJB**

Dear Judge Martinotti:

    We represent Plaintiff John Curley in the above-captioned matter. Please accept this letter as confirmation of our receipt of the Court's notice scheduling oral argument for April 16, 2018, at 10:30 a.m., on the pending motions to dismiss and the motion for contempt. We will be present, and our client will either be present or available by telephone.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              **GENOVA BURNS LLC**

                              *s/ Angelo J. Genova*

                              ANGELO J. GENOVA

AJG:tc
c:    Jonathan Testa, Esq. (via ECF)
      Michael O'Connor (via ECF)
      Bruce P. McMoran, Esq. (via ECF)
      Lawrence Bluestone, Esq. (via ECF)

14256651v1 (23311.001)