UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 4/30/2018
CIVIL DOCKET #: 17-12300(BRM)

TITLE OF CASE:
John Curley
    vs.
Monmouth County Board of Chosen Freeholders, et al.,

APPEARANCES:
Angelo J. Genova, Nicholas Amato & Alison Benz, Esquires for plaintiff
Hon. Jon Curley, plaintiff present.
Jonathan Testa, Esquire for defts, Monmouth County Brd of Freeholders, Dimaso, Arnone, Rich & Burry
Bruce McMoran & Michael O'Connor, Esquires for deft, Fitzgerald & O'Connor

NATURE OF PROCEEDINGS: ORAL ARGUMENT HELD.

Hearing on plaintiff's motion to hold defendants in contempt [doc. #8].

Hearing on defendants Arnone, Burry, Dimaso, Rich & Monmouth County Board of Chosen Freeholders motion to dismiss for lack of jurisdiction & motion to dismiss in lieu of an answer [doc. #26].

Hearing on defendants Fitzgerald & O'Connor motion to dismiss [doc. #32]

Ordered decision reserved.

The Court suggested that the parties may submit a 5 page submission which will be due within 7 days.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 11:30 a.m.
TOTAL TIME: 1 hour & 30 minutes

                                         s/Dana Sledge-Courtney
                                           Courtroom Deputy