**O'DONNELL MCCORD, P.C.**
1725 Highway 35, Suite C
Wall, New Jersey 07719
(732) 681-0048
Attorneys for Defendants,
Monmouth County Board of
Chosen Freeholders, Serena DiMaso,
Thomas Arnone, Gary Rich and
Lillian Bury

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CURLEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder; THOMAS ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his individual and official capacity as Monmouth County Chosen Freeholder; LILLIAN BURY, in her individual and official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>          Defendants. | Civil Action No.3:17-12300-BRM-TJB<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br><br><br>**<u>NOTICE OF APPEAL</u>** |

1

Notice is hereby given that Defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Thomas Arnone, Gary Rich and Lillian Bury (hereinafter "County Defendants") hereby appeal to the United States Court of Appeals for the Third Circuit from the July 25, 2018 Order granting Plaintiff John Curley's motion to hold the County Defendants in contempt. (See ECF No.: 58).

/s/ Jonathan Testa, Esq.
O'DONNELL MCCORD, P.C.
1725 Highway 35, Suite C
Wall, New Jersey 07719
(732) 681-0048
Attorneys for Defendants,
Monmouth County Board of
Chosen Freeholders, Serena
DiMaso, Thomas Arnone, Gary
Rich and Lillian Bury

Dated: August 23, 2018