McMORAN, O'CONNOR BRAMLEY & BURNS, PC
Ramshorn Executive Centre
2399 Highway 34
Bldg. D Suite D-1
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Defendants,
Michael Fitzgerald and Teri O'Connor

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CURLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder; THOMAS ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his individual and official capacity as Monmouth County Chosen Freeholder; LILLIAN BURY, in her individual and official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>    Defendants. | Civil Action No. 3:17-12300-BRM-TJB<br><br>**Civil Action**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED AND SUPPLEMENTAL VERIFIED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**RETURN DATE: OCTOBER 15, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   Angelo J. Genova, Esq.
       Genova Burns, LLC
       494 Broad Street

1

Newark, New Jersey 07102

Jonathan Testa, Esq.
O'Donnell McCord, PC
1725 Highway 35, Suite C
Wall, New Jersey 07719

COUNSEL:

Defendants Michael Fitzgerald, Esq. and Teri O'Connor, in their individual and official capacities as County Counsel and County Administrator, respectively, through the undersigned, move for an Order dismissing the Second Amended Complaint and Supplemental Verified Complaint for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to Local Civil Rule 78.1, plaintiff requests oral argument.

The grounds for this Motion are set forth in the accompanying Brief and Certification of Michael F. O'Connor, Esq.

                                         Respectfully submitted,

                                         McMORAN, O'CONNOR BRAMLEY & BURNS
                                         Attorneys for defendants,
                                         Michael Fitzgerald, Esq. and
                                         Teri O'Connor

By: *Michael F. O'Connor* (signature)
                      Michael F. O'Connor

Dated: September 13, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2018, I served a true and correct copy of the Notice of Motion to Dismiss the Second Amended Complaint and Supplemental Verified Complaint for Failure to State a Claim on Which Relief Can Be Granted, the Brief in support thereof and the Certification of Michael F. O'Connor and the proposed form of Order, by ECF upon:

    Angelo J. Genova, Esq.
    Genova Burns, LLC
    494 Broad Street
    Newark, New Jersey 07102
    Attorneys for plaintiff, John Curley

    Jonathan Testa, Esq.
    O'Donnell McCord, PC
    1725 Highway 35, Suite C
    Wall, New Jersey 07719
    Attorneys for defendants,
    Monmouth County Board of
    Chosen Freeholders, et als.

*/s/ Michael F. O'Connor*
Michael F. O'Connor

Dated: September 13, 2018