McMORAN, O'CONNOR BRAMLEY & BURNS, PC
Ramshorn Executive Centre
2399 Highway 34
Bldg. D Suite D-1
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Defendants,
Michael Fitzgerald and Teri O'Connor

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CURLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder; THOMAS ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his individual and official capacity as Monmouth County Chosen Freeholder; LILLIAN BURY, in her individual and official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>  Defendants. | Civil Action No. 3:17-12300-BRM-TJB<br><br>**Civil Action**<br><br>**ORDER** |

UPON CONSIDERATION of defendants Michael Fitzgerald, Esq. and Teri O'Connor's motion to dismiss the Second Amended and

Supplemental Verified Complaint for failure to state a claim on which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Brief in support and the Certification of Michael F. O'Connor, Esq. and plaintiff John Curley's opposition thereto, and it appearing to the Court that the motion should be granted, it is therefore on this ___ day of _____ 2018:

    ORDERED that the motion be and hereby is GRANTED; and it is

    FURTHER ORDERED that judgment is hereby entered dismissing the counts in the amended complaint against defendants Fitzgerald and O'Connor in their entirety with prejudice.

 

                                          Honorable Brian R. Martinotti
                                          United States District Judge