**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN CURLEY,<br><br>    Plaintiff,<br>v.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS, SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder, THOMAS A. ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder, GARY J. RICH, in his individual and official capacity as Monmouth County Chosen Freeholder, LILLIAN G. BURRY, in her individual and official capacity as Monmouth County Chosen Freeholder, PATRICK IMPREVEDUTO, in his individual and official capacity as Monmouth County Chosen Freeholder, GERRY P. SCHARFENBERGER, in his individual and official capacity as Monmouth County Chosen Freeholder, MICHAEL FITZGERALD, in his individual and official capacity as County Counsel, and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>    Defendants. | Civil Action No.:<br>   3:17-cv-12300-BRM-TJB<br><br>**<u>Civil Action</u>**<br><br><br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff John Curley appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of New Jersey, dated April 29, 2019, granting Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint and

denying Plaintiff's Motion for Leave to File a Third Amended Complaint, (ECF No. 90); and the Order, dated July 25, 2018, granting Defendants' Motions to Dismiss Plaintiff's First Amended Complaint, (ECF No. 58).

                          Respectfully submitted,

                          **GENOVA BURNS LLC**

                          By: /s/ Angelo J. Genova
                                ANGELO J. GENOVA
                                494 Broad Street
                                Newark, New Jersey 07102
                                973-533-0777
                                Fax: 973.533.1112
                                agenova@genovaburns.com

                                *Attorneys for Plaintiff-Appellant,*
                                *John Curley*

Dated: May 23, 2019

&47:984<4y4#566441334,#

**CERTIFICATE OF SERVICE**

I, ANGELO J. GENOVA, of full age, hereby certify that, on May 23, 2019, I caused the foregoing Notice of Appeal to be filed electronically on the court's CM/ECF system, which caused a copy of the foregoing document to be served on counsel of record for the parties at as follows:

    Richard L. Goldstein, Esq.
    Marshall, Dennehey, Warner, Coleman & Goggin, PA
    15000 Midlantic Drive
    Suite 200
    P.O. Box 5429
    Mount Laurel, NJ 08054
    Email: rlgoldstein@mdwcg.com #

        *Counsel for Defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Gary Rich, Thomas A. Arnone, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger*

    BRUCE P. MCMORAN
    MICHAEL FRANCIS O'CONNOR
    Mcmoran, O'connor, & Bramley, PC
    Ramshorn Executive Center
    2399 Highway 34
    Building D, Suite D-1
    Manasquan, NJ 08736
    (732) 223-7711
    Email: bmcmoran@mcmoranlaw.com
    Email: moconnor@mcmoranlaw.com

        *Counsel for Defendants Michael Fitzgerald and Teri O'Connor*

I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Angelo J. Genova
                                            Angelo J. Genova

Dated: May 23, 2019