# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### *(Trenton Vicinage)*

| | |
|---|---|
| JOHN CURLEY,<br><br>      Plaintiff,<br><br>*vs.*<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS, SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder, THOMAS A. ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder, GARY J. RICH, in his individual and official capacity as Monmouth County Chosen Freeholder, LILLIAN G. BURRY, in her individual and official capacity as Monmouth County Chosen Freeholder, PATRICK IMPREVEDUTO, in his individual and official capacity as Monmouth County Chosen Freeholder, GERRY P. SCHARFENBERGER, in his individual and official capacity as Monmouth County Chosen Freeholder, MICHAEL FITZGERALD, in his individual and official capacity as County Counsel, and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>      Defendants. | C.A. No. 3:17-cv-12300-BRM-TJB<br><br>RETURN DATE:<br>September 16, 2019<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION TO STAY EXECUTION ON THE JUDGMENT PENDING APPEAL

To:    Angelo Joseph Genova
           Lawrence Bluestone
           Genova Burns LLC
           494 Broad Street
           Newark, NJ 07102

To:   Bruce P. McMoran
      Michael Francis O'Connor
      McMoran, O'Connor, & Bramley, Pc
      Ramshorn Executive Center
      2399 Highway 34
      Building D, Suite D-1
      Manasquan, NJ 08736

PLEASE TAKE NOTICE that, on September 16, 2019 or as soon thereafter as counsel may be heard, defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Thomas A. Arnone, Gary J. Rich and Lillian G. Bury shall move for entry of an order granting defendant's Motion to Stay Execution on the Judgment.

PLEASE TAKE FURTHER NOTICE that defendant relies on the Memorandum of Law submitted herewith.

PLEASE TAKE FURTHER NOTICE that defendant respectfully requests oral argument in the event opposition is filed or this Court is inclined to deny this motion.

*MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN*
By:  **/s/ Richard L. Goldstein**
RICHARD L. GOLDSTEIN, ESQ.
Attorney for Defendants, Monmouth County Board of Chosen Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger