IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Trenton Vicinage)*

| | |
|---|---|
| JOHN CURLEY,<br><br>   Plaintiff,<br><br>*vs*.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS, SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder, THOMAS A. ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder, GARY J. RICH, in his individual and official capacity as Monmouth County Chosen Freeholder, LILLIAN G. BURRY, in her individual and official capacity as Monmouth County Chosen Freeholder, PATRICK IMPREVEDUTO, in his individual and official capacity as Monmouth County Chosen Freeholder, GERRY P. SCHARFENBERGER, in his individual and official capacity as Monmouth County Chosen Freeholder, MICHAEL FITZGERALD, in his individual and official capacity as County Counsel, and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>   Defendants. | C.A. No. 3:17-cv-12300-BRM-TJB |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION ON THE JUDGMENT PENDING APPEAL

THIS MATTER, being opened to the Court by Richard L. Goldstein, Esq., Counsel for defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Thomas A. Arnone, Gary J. Rich and Lillian G. Bury by way of Motion to Stay Execution on the Judgment without being required to post a supersedeas

bond; and the Court having considered the papers submitted in support of, and in opposition to, said motion, and for good cause shown, IT IS on this

_____ day of _____, 2019,

ORDERED as follows:

1. Defendants' Motion to Stay Execution on the Judgment without being required to post a supersedeas bond is hereby GRANTED;

2. Plaintiff and his counsel are hereby STAYED from executing upon the judgment pending resolution of defendants' appeals to the Court of Appeals for the Third Circuit; and

3. A copy of this Order shall be served on all counsel within seven (7) days of the date hereof.

_____
Honorable Brian R. Martinotti, U.S.D.J.