# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### *(Trenton Vicinage)*

| | |
|---|---|
| JOHN CURLEY,<br><br>    Plaintiff,<br><br>*vs.*<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS, SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder, THOMAS A. ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder, GARY J. RICH, in his individual and official capacity as Monmouth County Chosen Freeholder, LILLIAN G. BURRY, in her individual and official capacity as Monmouth County Chosen Freeholder, PATRICK IMPREVEDUTO, in his individual and official capacity as Monmouth County Chosen Freeholder, GERRY P. SCHARFENBERGER, in his individual and official capacity as Monmouth County Chosen Freeholder, MICHAEL FITZGERALD, in his individual and official capacity as County Counsel, and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>    Defendants. | C.A. No. 3:17-cv-12300-BRM-TJB<br><br><br><br>CERTIFICATION OF COUNSEL |

## CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION TO STAY EXECUTION ON THE JUDGMENT PENDING APPEAL

I, Richard L. Goldstein, Esq., being of full age, certify and declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that:

1.    I am an attorney at law in the State of New Jersey and a shareholder with the law firm of Marshall, Dennehey, Warner, Coleman & Goggin, counsel for

Defendants, Monmouth County Board of Chosen Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger, in connection with the above captioned matter.

2. I am fully familiar with the facts and circumstances of this case and I am making this certification in support of the motion of defendants Monmouth County Board of Chosen Freeholders, Serena DiMaso, Thomas A. Arnone, Gary J. Rich and Lillian G. Burry for a stay pending appeal.

3. I certify that the exhibit attached hereto is a true and correct copy of that which it purports to be.

    Respectfully Submitted,

    ***MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN***
    By:  **/s/ Richard L. Goldstein**
    RICHARD L. GOLDSTEIN, ESQ.
    Attorney for Defendants, Monmouth County Board of Chosen Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger