CERTIFICATE OF SERVICE

I, Richard L. Goldstein, Esquire, hereby certify that a true and correct copy of defendants' Notice of Motion to Stay Execution pending appeal, and supporting documents were served on the following via ECF:

Angelo Joseph Genova
Lawrence Bluestone
Genova Burns LLC
494 Broad Street
Newark, NJ 07102

Bruce P. McMoran
Michael Francis O'Connor
McMoran, O'Connor, & Bramley, Pc
Ramshorn Executive Center
2399 Highway 34
Building D, Suite D-1
Manasquan, NJ 08736

*MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN*

By: **/s/ Richard L. Goldstein**
RICHARD L. GOLDSTEIN, ESQ.
Attorney for Defendants, Monmouth County Board of Chosen Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger