# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-2284 & 19-2869

John Curley v. Monmouth County Board of Chose, et al

(U.S. District Court No.: 3-17-cv-12300)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Dated:   January 17, 2020
SLC/cc:   Lawrence Bluestone, Esq.
Angelo J. Genova, Esq.
Richard L. Goldstein, Esq.
Walter F. Kawalec III, Esq.
Bruce P. McMoran, Esq.
Michael F. O'Connor, Esq.
Mr. William T. Walsh,