**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
By:  Richard L. Goldstein, Esq.
15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎ 856-414-6000  ♦  📠 856-414-6077  ♦  ✉ rlgoldstein@mdwcg.com
Attorney for Defendants, Monmouth County Board of Chosen Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto,  and Gerry P. Scharfenberger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Trenton Vicinage)*

| | |
|---|---|
| JOHN CURLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS, SERENA DIMASO, in her individual and official capacity as Monmouth County Chosen Freeholder, THOMAS A. ARNONE, in his individual and official capacity as Monmouth County Chosen Freeholder, GARY J. RICH, in his individual and official capacity as Monmouth County Chosen Freeholder, LILLIAN G. BURRY, in her individual and official capacity as Monmouth County Chosen Freeholder, PATRICK IMPREVEDUTO, in his individual and official capacity as Monmouth County Chosen Freeholder, GERRY P. SCHARFENBERGER, in his individual and official capacity as Monmouth County Chosen Freeholder, MICHAEL FITZGERALD, in his individual and official capacity as County Counsel, and TERI O'CONNOR, in her individual and official capacity as County Administrator,<br><br>  Defendants. | C.A. No. 3:17-cv-12300-BRM-TJB<br><br>***WARRANT TO SATISFY INTERIM JUDGMENT*** |

**WHEREAS** an Interim Judgment was entered in the above entitled action in favor of Plaintiff, JOHN CURLEY, against the Defendants, Monmouth County Board of Chosen

Freeholders, Serena Dimaso, Thomas A. Arnone, Gary J. Rich, Lillian G. Burry, Patrick Impreveduto, and Gerry P. Scharfenberger, as appears by the record thereof at Docket Entry 99 in Civil Action No.: 3:17-cv-12300-BRM-TJB, in the amount of $27,621.42 as set forth in the Court's Order filed on July 15, 2019 (ECF No. 99) directing that County Defendants must pay Genova Burns, LLC attorney's fees and costs in the aforementioned amount.

*NOW THEREFORE* this is your warrant and authority to enter on the aforesaid record, this satisfaction of Judgment.

GENOVA BURNS, LLC

DATED: February 21, 2020       By: _____
                                    LAWRENCE BLUESTONE, ESQ.
                                    ANGELO GENOVA, ESQ.
                                    Attorneys for Plaintiff

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GENOVA BURNS, LLC

DATED: February 21, 2020       By: _____
                                    LAWRENCE BLUESTONE, ESQ.

(23311.001)

ANGELO GENOVA, ESQ.
Attorneys for Plaintiff

-2-