UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2181
_____

JOHN CURLEY,
    Appellant

v.

MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS; SERENA DIMASO, ESQ., in her official capacity as Monmouth County Chosen Freeholder; THOMAS A. ARNONE, in his official capacity as Monmouth County Chosen Freeholder; GARY RICH, in his official capacity as Monmouth County Chosen Freeholder; LILLIAN BURRY, in her official capacity as Monmouth County Chosen Freeholder; MICHAEL FITZGERALD, ESQ., in his individual and official capacity as County Counsel; TERI O'CONNOR, in her individual and official capacity as County Administrator; PATRICK IMPREVEDUTO, in his official capacity as Monmouth County Chosen Freeholder; GERRY P. SCHARFENBERGER, in his individual capacity and as Monmouth County Chosen Freeholder
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 3-17-cv-12300)
District Judge: Honorable Brian R. Martinotti
_____

Submitted under Third Circuit L.A.R. 34.1(a)
June 30, 2020

BEFORE: KRAUSE, PHIPPS, and GREENBERG, Circuit Judges.
_____

JUDGMENT
_____

This cause came on to be considered on the record on appeal from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on June 30, 2020. On consideration whereof, it is hereby

ORDERED and ADJUDGED that the District Court's July 25, 2018 and April 29, 2019 Orders dismissing the action and denying the motion to amend are affirmed.

Costs taxed against appellant.

ATTEST:

s/Patricia S. Dodszuweit
 Clerk

Dated: July 15, 2020